| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  - versus -<br><br>MARCO LEATHER GOODS LTD,<br><br>          Defendant. | ORDER<br>12-CV-02386 |

JOHN GLEESON, United States District Judge:

On May 9, 2013, Magistrate Judge Orenstein issued a report and recommendation, ECF No. 14, in which he recommended that the government's motion for a default judgment be granted and that judgment be entered against Marco in the amount of $737,280. Because no objection has been made to the report and recommendation, and because I agree with it, it is hereby adopted in its entirety and the Clerk is directed to enter judgment accordingly.

                  So ordered.

                  John Gleeson, U.S.D.J.

Dated: September 23, 2013
    Brooklyn, New York